# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GENE C. BENCKINI t/a Benckini Nurseries, et al., | : | CIVIL ACTION |
|     Plaintiffs | : | |
| | : | |
| vs. | : | NO. 15-5526 |
| | : | |
| UPPER SAUCON TOWNSHIP MUNICIPAL AUTHORITY SEWAGE TREATMENT PLANT, et al., | : | |
|     Defendants | : | |

## **O R D E R**

**AND NOW,** this 19th day of October, 2017, upon consideration of the defendants' motion to dismiss (Document #8), and the plaintiff's response thereto (Document #11), IT IS HEREBY ORDERED that the motion is GRANTED in its entirety.

IT IS FURTHER ORDERED that the plaintiff's motion to amend his complaint (Documents #12 and 13) is DENIED.

BY THE COURT:

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, C. J.